UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:22-cr-273-KKM-SPF

21 U.S.C. § 841

AMANDA GRACE GIBSON

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 14, 2020, in the Middle District of Florida, the defendant,

AMANDA GRACE GIBSON,

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
    Diego F. Novaes
    Assistant United States Attorney

By: _____
    James C. Preston
    Assistant United States Attorney
    Deputy Chief, Violent Crimes and Narcotics Section

FORM OBD-34
July 22

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

AMANDA GIBSON

INDICTMENT

Violations: 21 U.S.C. § 841

A ~~true~~ bill,

███████████████████████
Foreperson

Filed in open court this <u>3rd</u> day

of August 2022.

_____
Clerk

Bail $_____

GPO 863 525